# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERZER, et al.,<br>             Plaintiffs, | CV 18-6199 DSF (JEMx) |
| v. | JUDGMENT |
| WELLS FARGO BANK, N.A., et al.,<br>             Defendants. | |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 2, 2018

Dale S. Fischer
United States District Judge